FILED

02/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0630

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0630

_____

JOHN BUTLER,

      Plaintiff, Counter Defendant
      and Appellant,

    v.

ELINOR SWANSON and DOES 1-20, inclusive,

      Defendant, Counter Plaintiff
      and Appellee.

ELINOR SWANSON,

      Third-Party Plaintiff,

    v.

JOSEPH FARZAM and JOSEPH
FARZAM LAW FIRM, a Professional
Corporation,

      Third-Party Defendants.

_____

O R D E R

Upon consideration of Appellant John Butler's Motion for Extension of Time and good cause appearing therefore, Butler is GRANTED an extension of time within which to file his Reply Brief to and including March 27, 2023.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 15 2023